**Electronically Filed**
**Supreme Court**
**SCWC-14-0001044**
**14-JAN-2016**
**12:18 PM**

SCWC-14-0001044

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

JASON K. BALCITA, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001044; CR. NOS. 12-1-1223 and 12-1-1674)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Jason K. Balcita's application for writ of certiorari filed on December 4, 2015, is hereby rejected.

DATED: Honolulu, Hawai'i, January 14, 2016.

Shawn A. Luiz
for petitioner

James M. Anderson
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson